# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICKEY TAYLOR

NO. 2019 KW 1097

OCT 1 8 2019

---

In Re:   Mickey Taylor, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 80,300.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** The delay for seeking postconviction relief in this case has expired. See La. Code Crim. P. art. 930.8(A). See also **State ex rel. Taylor v. State**, 2018-0021 (La. 9/14/18), 252 So.3d 457 (*per curiam*). Inmates are not entitled to documents when their postconviction claims are time barred or not cognizable on collateral review. See **State ex rel. Brown v. State**, 2003-2568 (La. 3/26/04), 870 So.2d 976 (*per curiam*).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT